**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00159-CV**
_____

**AUTOVEST, L.L.C., Appellant**

**V.**

**STEPHANIE LYNN KNEZ AND ROBERT KNEZ, Appellees**

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 24-11-18058-CV**

**MEMORANDUM OPINION**

Autovest, L.L.C., Appellant, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on May 21, 2025
Opinion Delivered May 22, 2025

Before Johnson, Wright and Chambers, JJ.